An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYCE D. JONES,
Appellant,
vs.
THE STATE OF NEVADA, DIVISION
OF WELFARE AND SUPPORTIVE
SERVICES AND KAE HUNT,
Respondents.

No. 59975

FILED

MAR 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On September 24, 2012, this court entered an order permitting appellant's attorney to withdraw. That order gave appellant 30 days to either retain new counsel and have counsel file a notice of appearance or file and serve the civil proper person appeal statement, which this court mailed to him. To date, appellant has failed to file his civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07919

cc: Hon. Leon Aberasturi, District Judge
Bryce D. Jones
Lyon County District Attorney
Attorney General/Carson City
Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A